# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1920
LT Case No. 2020-CF-3905

_____

MARCUS ANTHONY DOTHARD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, and Allison A. Havens, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison L Morris, Assistant Attorney General, Daytona Beach, for Appellee.


August 20, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, JAY, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____